IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

COURTNEY CONNER                                                     PLAINTIFF

V.                                            CIVIL ACTION NO. 1:18-CV-21-SA-DAS

FOOD GIANT SUPERMARKETS, INC.                          DEFENDANT

FINAL JUDGMENT

Plaintiff Courtney Conner, originally filed this suit in the Circuit Court of Lowndes County, Mississippi. *See* Complaint [2]. On February 6, 2018 defendant Food Giant Supermarkets, Inc. filed a Notice of Removal [1] in this Court. On May 5, 2018, the Magistrate Judge assigned to this case entered an Order [12] allowing the Plaintiff's Counsel to withdraw and ordering the Plaintiff to communicate to the Court by June 14, 2018 of her intent to proceed in this case *pro se* or with new counsel. The Plaintiff failed to respond, and has not participated in the prosecution of this case in any way. The Defendant filed a Motion to Dismiss [14] requesting dismissal without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41. The Plaintiff also failed to respond to this pending motion.

The Court finds the Defendant's Motion [14] well-taken and it is GRANTED. Because the Plaintiff has made no effort to participate in her case, and has failed to comply with the specific orders of this Court, this CASE is DISMISSED without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure. This CASE is CLOSED.

It is SO ORDERED, on this the 6th day of August, 2018.

                                                           /s/ Sharion Aycock
                                                           UNITED STATES DISTRICT JUDGE